UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND SANDS APARTMENTS, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a Subdivision of the State of Nevada; and DOE POLITICAL ENTITIES 1-5, inclusive.<br><br>　　　　Defendants. | CASE NO.: 2:25-cv-00137-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND JOINT PRETRIAL ORDER (FIRST REQUEST)** |

## STIPULATION

Plaintiff **Diamond Sands Apartments, LLC**, by and through its counsel, Adam R. Fulton, Esq. and Steve Shevorski, Esq. of Jennings & Fulton, Ltd., and Defendant **Clark County**, by and through its counsel, Timothy J. Allen, Esq., Deputy District Attorney, Civil Division, Clark County District Attorney's Office, hereby stipulate and agree as follows:

1. On **March 19, 2025**, this Court entered the **Joint Discovery Plan and Scheduling Order** (ECF No. 15).

    o The current deadline for filing **dispositive motions** is **September 18, 2025**.

    o The current deadline for filing the **joint pretrial order** is **October 20, 2025** (or 30 days after decision on dispositive motions).

2. The case is presently on **appeal before the United States Court of Appeals for the Ninth Circuit**, with oral argument scheduled for **November 2025**. The outcome of the appeal may affect or fully resolve the issues before this Court.

3. In light of the pending appeal, the parties agree that judicial economy is best served by **extending the dispositive motion and pretrial order deadlines** until after the Ninth Circuit issues its decision.

4. The current deadline for **dispositive motions** is September 18, 2025. The parties respectfully request that this deadline be extended because:

    - The case is currently pending before the Ninth Circuit with oral argument scheduled for November 2025;
    - Plaintiff's counsel had some personal family matters which caused him to miss the calendared deadline to file a dispositive motion and the attorney running point on the case left the firm prior to the deadline;
    - Additionally, the parties have been diligently preparing for the appellate proceedings, and focus on appellate briefing has delayed district court motion practice; and
    - Both parties agree that judicial economy is best served by moving the dispositive motion deadline until after appellate review.

5. The foregoing circumstances constitute **excusable neglect** under **Fed. R. Civ. P. 6(b)(1)(B)**, as the delay is short, causes no prejudice to the opposing party (which stipulates to the relief), and is sought in good faith.

**Proposed Revised Deadlines**

- **Dispositive Motions:** February 28, 2026 (90 days after November 30, 2025 oral argument).
- **Joint Pretrial Order:** March 30, 2026, or 30 days after decision on dispositive motions.

| | |
|---|---|
| DATED: March 18th, 2025 | DATED: March 18th, 2025 |
| **JENNINGS & FULTON, LTD.** | **CLARK COUNTY DA'S OFFICE** |
| */s/ Steve Shevorski, Esq.* | */s/ Timothy J. Allen, Esq.* |
| ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>E-mail: afulton@jfnvlaw.com<br>STEVE SHEVORSKI, ESQ.<br>Nevada Bar No. 8256<br>E-mail: steve@jfnvlaw.com<br>2580 Sorrel St.<br>Las Vegas, NV 89146 | TIMOTHY J. ALLEN, ESQ.<br>Nevada Bar No. 14818<br>Timothy.Allen@ClarkCountyDANV.gov<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-2215 |

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: October 2, 2025