# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIAMOND SANDS APARTMENTS, LLC, a Nevada limited liability company,

     Plaintiff,

vs.

CLARK COUNTY, a Subdivision of the State of Nevada; and DOE POLITICAL ENTITIES 1-5, inclusive.

     Defendants.

CASE NO.: 2:25-cv-00137-ART-NJK

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

## <u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

Plaintiff **Diamond Sands Apartments, LLC** ("Plaintiff" or "Diamond Sands"), by and through its counsel, Adam R. Fulton, Esq. of Jennings & Fulton, Ltd., and Defendant **Clark County** ("Defendant"), by and through its counsel, Timothy J. Allen, Esq., Deputy District Attorney, Civil Division, Clark County District Attorney's Office, hereby stipulate and agree to the dismissal of this action as follows:

1. WHEREAS, Plaintiff initiated the above-captioned action against Defendant; and

   o WHEREAS, the Parties have engaged in good faith negotiations and have reached a resolution of all claims and controversies between them; and

   o WHEREAS, the Parties desire to resolve this matter fully and finally and to dismiss all claims asserted herein with prejudice;

-1-

2. NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties stipulate and agree as follows:

3. Dismissal with Prejudice. The Parties hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned matter shall be, and hereby are, dismissed with prejudice in their entirety.

4. Diamond Sands Apartments, LLC personally covenants to not engage in any transient lodging activity, including but not limited to renting the property for 30 days or less at a time, without zoning and business license approval, as such is defined in the Clark County Code so long as it is deemed illegal and in violation of the Clark County Code.

5. Attorney's Fees and Costs. Each Party shall bear its own attorney's fees, costs, and expenses incurred in connection with this action. No Party shall seek or be entitled to recover any attorney's fees, costs, or expenses from any other Party.

DATED: March 18th, 2025                                DATED: March 18th, 2025

**JENNINGS & FULTON, LTD.**                            **CLARK COUNTY DA'S OFFICE**

/s/ Adam R. Fulton, Esq.                               /s/ Timothy J. Allen, Esq.
ADAM R. FULTON, ESQ.                                   TIMOTHY J. ALLEN, ESQ.
Nevada Bar No. 11572                                   Nevada Bar No. 14818
E-mail: afulton@jfnvlaw.com                            Timothy.Allen@ClarkCountyDANV.gov
2580 Sorrel St.                                        500 S. Grand Central Pkwy.
Las Vegas, NV 89146                                    Las Vegas, NV 89155-2215

**ORDER**

Good cause appearing and based upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE. Each Party shall bear its own attorney's fees and costs.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: February 24, 2026

-2-